AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:23-mj-00655-VCF |
| GIANCARLO BOZZO | ) |
| | ) Charging District: Central District of California |
| *Defendant* | ) Charging District's Case No. 23-CR-00147-JLS |

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 20 2023
CLERK US DISTRICT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: First Street US Courthouse<br>350 West 1st Street<br>Los Angeles, CA 90012 | Courtroom No.: 8A |
|---|---|
| | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 07/20/2023

*Judge's signature*

CAM FERENBACH, US MAGISTRATE JUDGE
*Printed name and title*